UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANELLE KIDD, | ) Civil No. 11cv1512 L(MDD) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING MOTION TO DISMISS THE FIRST, FIFTH, SIXTH AND TENTH CAUSES OF ACTION FROM THE FIRST AMENDED COMPLAINT [doc. #4]** |
| PACIFIC BELL TELEPHONE COMPANY, | ) |
| Defendant. | ) |

Defendant Pacific Bell Telephone Company's moves to dismiss the first, fifth, sixth and tenth causes of action from the first amended complaint.[1] The motion was set for hearing on September 6, 2011. Under the Civil Local Rules, plaintiff's opposition to defendants' motion was due on or before August 29, 2011. *See* CIV. L.R. 7.1.e.2. But plaintiff has not opposed the motion nor has she sought additional time in which to respond to the motion to dismiss.

Civil Local Rule 7.1.f.3.c provides that "[i]f an opposing party fails to file papers in the manner required by Local Rule 7.1.e.2, that failure may constitute a consent to the granting of that motion or other ruling by the court." When an opposing party receives notice under Federal Rule of Civil Procedure 5(b) and is given sufficient time to respond to a motion to dismiss, the

---

[1] The first cause of action is for wrongful demotion in violation of public policy; the fifth cause of action is for employment discrimination – sexual harassment; the sixth cause of action is for employment discrimination – harassment; and the tenth cause of action is for negligent infliction of emotional distress.

1 Court may grant the motion based on failure to comply with a local rule. *See generally Ghazali*
2 *v. Moran*, 46 F.3d 52, 52 (9th Cir. 1995) (per curiam) (affirming dismissal for failure to file
3 timely opposition papers where plaintiff had notice of the motion and ample time to respond).
4     Here, plaintiff was properly served with defendants' motion, which was filed on July 15,
5 2011, and therefore she had six weeks to oppose the motion. Because the motion to dismiss
6 certain causes of action is unopposed, and relying on Civil Local Rule 7.1(f.3.c), the Court
7 deems plaintiff's failure to oppose defendants' motion as consent to granting it.
8     Based on the foregoing, **IT IS ORDERED** defendants' motion to dismiss the first, fifth,
9 sixth and tenth causes of action from the first amended complaint is **GRANTED**.
10     **IT IS FURTHER ORDERED** that defendants shall file an answer to the FAC within the
11 time provided by the Federal Rules of Civil Procedure.
12     **IT IS SO ORDERED.**
13 DATED: September 19, 2011
14
15 M. James Lorenz
United States District Court Judge
16 COPY TO:
17 HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE
18
19 ALL PARTIES/COUNSEL
20
21
22
23
24
25
26
27
28